ORIGINAL

JUDGE VYSKOCIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JULIO OZUNA,
    a/k/a "JJ,"
    a/k/a "Josh Balla,"
    a/k/a "Chocolate,"

              Defendant.

- - - - - - - - - - - - - - - - - x

**INDICTMENT**

20 Cr. ___ (___)

20 CRIM 213

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2018, up to and including in or about March 2020, in the Southern District of New York and elsewhere, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code,

Section 841(a)(1).

3. The controlled substances that JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, conspired to distribute and possess with the intent to distribute were (a) 28 grams and more of mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(B); and (b) mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Section 846.)

### COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury further charges:

4. On or about January 19, 2020, in the Southern District of New York, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, and others known and unknown, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, OZUNA robbed an individual, Victim-1, at gunpoint of an item Victim-1 had listed for sale on the social media application "Letgo," and aided and abetted the same.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE
(Hobbs Act Robbery Conspiracy)

The Grand Jury further charges:

5. In or about January 2020, in the Southern District of New York, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, OZUNA agreed with others to commit a gunpoint robbery of Victim-1 who had listed an item for sale on the social media application "Letgo.".

(Title 18, United States Code, Section 1951.)

## COUNT FOUR
(Firearms Offense)

The Grand Jury further charges:

6. On or about January 19, 2020, in the Southern District of New York, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this

3

Indictment, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm, which firearm was brandished, and aided and abetted the same.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

7. As a result of committing the offense charged in Count One of this Indictment, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### FORFEITURE ALLEGATION AS TO COUNT TWO

8. As a result of committing the offense alleged in Count Two of this Indictment, JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is

derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property:

    a. Mike Amiri jeans;

    b. Black and gold Moose Knuckles jacket;

    c. Gold Apple iPhone; and

    d. Apple Air-Pods.

### Substitute Assets Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of JULIO OZUNA, a/k/a "JJ," a/k/a "Josh Balla," a/k/a "Chocolate," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States

Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

        (Title 18, United States Code, Section 981;
       Title 21, United States Code, Section 853; and
        Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

~~NAZEEM FRANCIS, et al.~~

Defendants.

---

~~SEALED SUPERSEDING~~ INDICTMENT

S1 20 Cr. ___ (___)

(18 U.S.C. §§ 924(c), ~~924(j)~~ 1951, and 2;
21 U.S.C. § 846.)

                              GEOFFREY S. BERMAN
Foreperson.           United States Attorney.

*/s/ Foreperson*

---

KL
3/17/2020

~~Superseding~~ Indictment

Case assigned to Judge Vyskocil

Stewart Aaron
USMJ