UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>NAZEEM FRANCIS, JONATHAN COLON, JULIO OZUNA, PRINCE GAINES, ERICK OLEAGA, KHALIL SUGGS, and VICTOR MARTINEZ,<br><br>Defendants. | 1:20-cr-213<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court directs counsel for all parties to appear for a preliminary conference in this case on April 27, 2020 at 11:00AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. In the event of changes in the location, date, or time of this conference or if the conference will be conducted telephonically as a result of the COVID-19 pandemic, the Court will file a further order reflecting the change on the docket.

IT IS FURTHER ORDERED that the arraignment of Defendants Julio Ozuna and Nazeem Francis on the superseding indictment [ECF #23] will occur on April 27, 2020 at 11:00AM. Counsel for Mr. Ozuna and Mr. Francis should advise the Court on or before 4:00PM on April 23, 2020 whether their clients waive personal appearance at the arraignment, and if so, should file on ECF a signed affidavit in compliance with Federal Rule of Criminal Procedure 10(b).

**SO ORDERED.**

**Date: March 27, 2020**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**