UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020
```

UNITED STATES OF AMERICA,

-against-

JULIO OZUNA, NAZEEM FRANCIS, JONATHAN COLON, PRINCE GAINES, ERICK OLEAGA, KHALIL SUGGS, and VICTOR MARTINEZ,

Defendants.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

As the Court previously ordered on April 24, 2020, the Initial Conference in this case is scheduled to take place telephonically on June 3, 2020 at 11:00AM. The conference can be accessed by dialing 888-278-0296 and entering access code 5195844.

**SO ORDERED.**

**Date:** May 29, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**