**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2020

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2020
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Nazeem Francis, et al.*, **20 Cr. 213** (**MKV**)

Dear Judge Vyskocil:

The Government respectfully writes with the consent of all counsel to request an adjournment of the telephonic conference scheduled for June 3, 2020 due to pandemic-related logistical obstacles, namely the fact that the incarcerated defendants will not be able to participate and challenges faced by counsel in fully conferring with their clients regarding the conference. The parties propose the conference be rescheduled for a date in approximately 60 days. Should courthouse operations fail to normalize by the date of the new conference such that the incarcerated defendants can be produced in person, the Government would respectfully request that the Court schedule a teleconference or videoconference that would allow the incarcerated defendants to participate remotely.

In light of this request for an adjournment, the Government respectfully provides the following status report: The Government made an initial discovery production in early April consisting of approximately 250 gigabytes of data, primarily including controlled buy reports, surveillance videos, phone extractions, social media accounts, police reports, and recorded prison calls. Within the next 60 days, the Government expects to make an additional production consisting of additional surveillance videos, phone extraction reports, and social media accounts. Moreover, the capital case decisional process has not yet resolved. Accordingly, the Government respectfully submits that an exclusion of time under the Speedy Trial Act from June 3, 2020 through the next conference date would serve the ends of justice outweighing the interest of the public and the defendants in a speedy trial, as it would allow defense counsel to continue reviewing

discovery and determining what motions they may wish to bring. Defense counsel do not object to the exclusion of time.

                        Respectfully submitted,

                        GEOFRREY S. BERMAN
                        United States Attorney

                      By:   /s/
                        Allison Nichols
                        Jamie Bagliebter
                        Assistant United States Attorneys
                        (212) 637-2366 / 2236

cc:     All defense counsel (via ECF)

---

GRANTED. The Initial Conference in this case is adjourned from June 3, 2020 to August 12, 2020 at 11:00AM. Time under the Speedy Trial Act is excluded until the August 12 conference. The Court finds that for the reasons listed in this letter, the ends of justice served by allowing discovery, review of materials by defendants, and analysis of potential motions outweigh the interests of public and Defendants in a speedy trial, especially in light of the complications presented by the COVID-19 pandemic. The Court also notes the Standing Order of the Chief Judge of this Court regarding COVID-19 continuances, which suspends time under the Speedy Trial Act until June 15, 2020, and orders that other continuances as a result of COVID-19 will result in exclusion of time. *See* Standing Order, 20-mc-196. SO ORDERED.

Date: 6/1/2020
New York, New York

                        Mary Kay Vyskocil
                        United States District Judge