UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-cr-00213 (MKV) |
| -against- | **ORDER** |
| NAZEEM FRANCIS, JONATHAN COLON, JULIO OZUNA, PRINCE GAINES, ERICK OLEAGA, KHALIL SUGGS, and VICTOR MARTINEZ, | |
| Defendants. | |

_____

MARY KAY VYSKOCIL, United States District Judge

    Due to a schedule conflict, the Status Conference scheduled for October 14, 2020 at 11:00 AM will now be held at 3:00 PM.

    Due to the ongoing COVID-19 pandemic, this conference will be held via telephone. Parties are instructed to dial in to 888 278-0296, access code 5195844.

**SO ORDERED.**

**Date: September 17, 2020**

MARY KAY VYSKOCIL
United States District Judge