UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  10/14/2020 |

UNITED STATES OF AMERICA,

-against-

NAZEEM FRANCIS, JONATHAN COLON, JULIO
OZUNA, PRINCE GAINES, ERICK OLEAGA, KHALIL
SUGGS, and VICTOR MARTINEZ,

Defendants.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a letter from counsel for Defendant Julio Ozuna requesting that the Status Conference scheduled for October 14, 2020 at 3:00PM be adjourned. *See* ECF #99. The Government and all other Defendants consent to the adjournment. *Id.* Accordingly, the Status Conference in this action currently scheduled for October 14, 2020 is adjourned to December 16, 2020 at 11:30AM.

It is further ordered that all time between October 14, 2020 and December 16, 2020 is excluded for the purposes of the Speedy Trial Act. The Court finds that the ends of justice served by allowing time for additional production of discovery, review of materials by Defendants, and analysis of potential motions outweigh the interests of the public and Defendants in a speedy trial, especially in light of the continued complications presented by the COVID-19 pandemic.

**SO ORDERED.**

**Date:  October 13, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**