USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,     1:20-cr-00213 (MKV)

-against-     **ORDER**

JULIO OZUNA

    Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Julio Ozuna is scheduled for 6/2/2021 at 2:30 PM before Judge Mary Kay Vyskocil.

    The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED**

**Date: May 25, 202**

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge