

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/26/2021
```

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Nazeem Francis, et al.*, 20 Cr. 213 (MKV)

Dear Judge Vyskocil:

The Government respectfully requests that the pretrial conference presently scheduled for July 27, 2021 be adjourned *sine die*, as the remaining defendants in the case, Nazeem Francis and Erick Oleaga, have indicated their intention to enter guilty pleas. The Government has separately discussed dates for plea hearings in August with the Court and respective defense counsel.

Additionally, the Government respectfully submits that an exclusion of time under the Speedy Trial Act from July 27, 2021 through a control date of September 1, 2021 would serve the ends of justice outweighing the interest of the public and the defendants in a speedy trial, as it would allow these plea hearings to be scheduled and to proceed accordingly. The defendants do not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/
   Allison Nichols
   Jamie Bagliebter
   Assistant United States Attorneys
   (212) 637-2366 / 2236

cc:   All defense counsel (via ECF)

---

GRANTED. The pretrial conference is adjourned. All time between the date of this order and September 1, 2021 is excluded for the purposes of the Speedy Trial Act for the reasons stated in this letter. SO ORDERED.

Date: 7/26/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge