USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2021



**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

September 10, 2021

VIA ELECTRONIC COURT FILING

Hon. Mary Kay Vyskocil, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ozuna* (Julio Ozuna), 20-Cr-213 (MKV)

Dear Judge Vyskocil:

    We are counsel to Mr. Ozuna in the above-captioned matter and write to respectfully request a short adjournment of Mr. Ozuna's sentencing, which is currently scheduled for October 1, 2021 at 11:00 AM, to November 1, 2021, or a date thereafter on which the Court is available. We make this request to allow additional time to receive materials we intend to provide to the Court to aid in Mr. Ozuna's sentencing, to adequately prepare Mr. Ozuna's sentencing submission, and to review Mr. Ozuna's sentencing submission with him while he is incarcerated.

    Assistant United States Attorney Allison Nichols has no objection to this request. If the Court grants this application, Mr. Ozuna's sentencing submission will be due on October 18, 2021.

    Thank you for your consideration in this matter.

    Respectfully,

    */s/ Katherine R. Goldstein*
    Katherine R. Goldstein

cc:    Assistant United States Attorney Allison Nichols (via ECF)

       Assistant United States Attorney Jamie Bagliebter (via ECF)

**GRANTED. The sentencing currently scheduled for October 1, 2021 is adjourned to November 1, 2021 at 10:00am. SO ORDERED.**

Date: 9/13/2021
New York, New York

*[signature: Mary Kay Vyskocil]*
Mary Kay Vyskocil
United States District Judge